Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.:  16−16567−JNP
                          Chapter:  13
                          Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antoinette L. Matthews
   15 West Cedar Avenue
   Oaklyn, NJ 08107

Social Security No.:
   xxx−xx−5629

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       2/2/17
Time:      02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
$1,200.00

EXPENSES
$32.65

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: December 23, 2016
JJW:

                                                               James J. Waldron
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-16567-JNP
Antoinette L. Matthews                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1           Date Rcvd: Dec 23, 2016
                               Form ID: 137             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2016.
db              +Antoinette L. Matthews,    15 West Cedar Avenue,    Oaklyn, NJ 08107-1041
516103671        America's Servicing Company,    PO Box 10328,    Des Moines, IA 50306-0328
516103673       +Beneficial Bank,    1818 Market Street,    Philadelphia, PA 19103-3610
516103672        Beneficial Bank,    1818 Beneficial Bank Place,    Philadelphia, PA 19103
516103675       +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
516103674       +Capital One Bank,    c/o Hayt, Hayt & Landau, LLC,    123 S Broad St #1660,
                  Philadelphia, PA 19109-1003
516165164        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516103676       +Capital One Retail Card Service,    c/o The Bureaus,    650 Dundee Road, Ste 370,
                  Northbrook, IL 60062-2757
516103677       +Cavalry Spv I LLC,    c/o Schachter Portnoy LLC,    3490 US Route 1, Ste 6,
                  Princeton, NJ 08540-5920
516173686       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516103678       +Phila Federal CU,    12800 Townsend Road,    Philadelphia, PA 19154-1095
516219681       +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
516212181       +Wells Fargo Bank, N.A.,    C/O Americas Servicing Company, as servi,
                  Attn: Bankruptcy Department MAC #D3347-0,    3476 Stateview BLVD,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 23 2016 22:37:58      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 23 2016 22:37:54      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516236457       +E-mail/Text: bankruptcy@cavps.com Dec 23 2016 22:38:16      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516411001        E-mail/PDF: rmscedi@recoverycorp.com Dec 23 2016 22:34:19      The Bureaus, Inc.,
                  c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516295470*      +MidFirst Bank,    999 NorthWest Grand Blvd,    Oklahoma City OK 73118-6051
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK C/O MIDLAND MORTGAGE
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric Clayman    on behalf of Debtor Antoinette L. Matthews jenkins.clayman@verizon.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor    Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK C/O MIDLAND MORTGAGE
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Debtor Antoinette L. Matthews jenkins.clayman@verizon.net
                                                                                              TOTAL: 7